# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MECHALY<br><br>                    Plaintiff(s),<br><br>        v.<br><br>DANIEL SCHMITT AND CO., et al.<br><br>              Defendant(s). | CASE NO.<br> 2:22–cv–07954–DSF–MAA<br><br><br>**Order to Show Cause re<br>Dismissal for Lack of<br>Prosecution** |

Generally, defendants must answer the complaint within 21 days after service or 60 days if the defendant is the United States.  Fed. R. Civ. P. 12(a)(1).

In this case, Daniel Schmitt and Co. failed to plead or otherwise defend within the relevant time. The Court orders plaintiff to show cause in writing on or before February 21, 2023 why the claims against the non-appearing defendant(s) should not be dismissed for lack of prosecution.  Failure to respond to this Order may result in sanctions, including dismissal for failure to prosecute.

IT IS SO ORDERED.

Date: February 6, 2023

 /s/ Dale S. Fischer 
Dale S. Fischer
United States District Judge