JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MECHALY,<br>   Plaintiff,<br><br>      v.<br><br>DANIEL SCHMITT & CO.,<br>   Defendant. | CV 22-7954 DSF (MAAx)<br><br>JUDGMENT |

The Court having granted a motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date:  May 11, 2023

_____
Dale S. Fischer
United States District Judge